(Submitted May 20, 1935; decided May 28, 1935.)

*Benjamin S. Thaw* for motion.

*Edward J. Pigott* opposed.

Motion denied, with ten dollars costs.